Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No.  1:13-cv-00662-AWI-MJS |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION;  ORDER** |
| vs. | |
| JOSE JIMENEZ dba GEORGE'S DARI-SNACK, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Jose Jimenez dba George's Dari Snack and Majestic Development Ltd., a California Limited Partnership, aka Majestic Development, a California General Partnership, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: August 13, 2013          MOORE LAW FIRM, P.C.


                               */s/ Tanya E. Moore*
                               Tanya E. Moore
                               Attorneys for Plaintiff
                               Ronald Moore

Date: August 13, 2013                    WILD, CARTER & TIPTON

*/s/ Patrick J. Gorman*
Patrick J. Gorman
Attorneys for Defendants
Jose Jimenez dba George's Dari Snack and Majestic Development Ltd., a California Limited Partnership, aka Majestic Development, a California General Partnership

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:  August 13, 2013                    _____
                                            SENIOR DISTRICT JUDGE